AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

U.S. MARSHALS W/TX
RECEIVED
JAN 2 4 2024
DEL RIO, TX

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. DR-20-CR-1836 (01) |
| CHRISTIAN ALBITER-MORA | ) |
|  | ) |
|  | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   CHRISTIAN ALBITER-MORA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE ATTACHMENT

Date: 01/24/2024

_Issuing officer's signature_

A.L. Ortega, Operations Support Clerk
_Printed name and title_

City and state:   Del Rio, Texas

Bail fixed at $:   NO BOND

Chief U.S. District Judge Alia Moses
_Judicial Officer's Name_

### Return

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_